**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE: Doncella M Houston                              )       Chapter 13
                                                       )       Case No. 26 B 00010
            Debtor(s)                                  )       Judge David H. DeCelles

## NOTICE OF MOTION

Doncella M Houston                              Debtor Attorney: Irubiel Ferrer
1523 W 104th St                                via Clerk's ECF noticing procedures
Chicago, IL  60643
via U.S. Mail

   PLEASE TAKE NOTICE that on May 08, 2026 at 10:30 am, I will appear before the Honorable David H. DeCelles, or any judge sitting in that judge's place, **either** in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 615, Chicago, IL  60604 **or** electronically as described below, and present this motion of the Standing Trustee to Dismiss this case, a copy of which is attached.

   **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

   **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

   **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

   **Meeting ID and passcode.** The meeting ID for this hearing is 161 711 3453 and the passcode is 477854. The meeting ID and passcode can also be found on the judge's page on the court's web site.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                        By:   /s/ MARILYN O. MARSHALL

### CERTIFICATE OF SERVICE

   I, Marilyn O. Marshall, an attorney, certify under penalty of perjury that I served a copy of this notice and the attached motion on each entity shown above at the address shown and by the method indicated on the list on Tuesday, April 21, 2026.

                                        /s/ MARILYN O. MARSHALL

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300
courtdocs@chi13.com

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Doncella M Houston | ) | Chapter 13 |
| | ) | Case No. 26 B 00010 |
| Debtor(s) | ) | Judge David H. DeCelles |

---

**Motion to Dismiss Case For Unreasonable Delay**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed,

as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and

Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 01/02/2026.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to amend schedule J to reduce excessive expenses.

4. The Debtor has failed to amend the plan to provide a meaningful dividend to unsecured creditors

5. The Debtor has failed to provide proof of the rental expense listed on Schedule J.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this

court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300